UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SOCORRO RIVERA et al.,

                Plaintiffs,

   -against-

MERCK & CO., et al.,

                Defendants.

------------------------------------x

07 CV 10670 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

    The Docket Clerk is hereby instructed to remove defendants' motion to stay all proceedings pending a decision on transfer by the Judicial Panel on Multi-District Litigation (Document 4) from the motions list. The case has been transferred to the United States District Court for the Eastern District of Louisiana. The case is CLOSED.

Dated: April 1, 2008
       New York, New York

                                    SO ORDERED:

                                    _____
                                    GEORGE B. DANIELS
                                    United States District Judge